**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

NAQUWAN TYSON,
                Defendant.
------------------------------------------------------------X

14 CR. 583 (RMB)

**ORDER**

    The Court will hold a telephone status conference on Thursday, November 19, 2020 at 10:30 AM.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0583

Dated: October 20, 2020
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.