**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                                   :

                 Government,        :        14 CR. 583 (RMB)

                                   :

     - against -                          :        **ORDER**

                                   :

NAQUWAN TYSON,                               :

                Defendant.       :

-------------------------------------------------------------x

     The status conference previously scheduled for Thursday, November 19, 2020 at

10:30 AM is hereby rescheduled to Wednesday, November 18, 2020 at 9:00 AM.

     Participants, members of the public and the press can use the following dial-in

information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 0583


Dated: November 12, 2020
      New York, NY

*Richard M. Berman*
_____
    **RICHARD M. BERMAN**
        **U.S.D.J.**