UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

                        14 CR. 583 (RMB)

 -against-

                        **ORDER**

NAQUWAN TYSON,
      Defendant.
------------------------------------------------------------X

  On consent of all parties, the defendant's request to adjourn tomorrow's conference is granted. The telephone supervised release hearing previously scheduled for Wednesday, January 27, 2021 at 10:00 AM is hereby rescheduled to Tuesday, February 23, 2021 at 11:00 AM.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0583

Dated: January 26, 2021
   New York, NY

                    *Richard M. Berman*
                 _____
                   RICHARD M. BERMAN
                     U.S.D.J.