**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                                        FAX (212) 964-2926

May 8, 2021

Hon. Richard M. Berman
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: **United States v. Naquwan Tyson**
14 Cr. 583 (RMB)

Your Honor:

    I write to request that the Court re-appoint me to represent Naquwan Tyson, nunc pro tunc to October 20, 2020, when the Court first began scheduling conferences with Mr. Tyson.

    My work on the underlying case was completed in 2017 my voucher for that work was submitted and paid. As it appears there will be ongoing work for me on this case reassignment is necessary for me to be compensated.

    Thank you for consideration in this matter.

Respectfully,

*Lisa Scolari*
Lisa Scolari

So Ordered:

_____
Hon. Richard M. Berman