UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                               14 CR. 583 (RMB)

      -against-

                                                                                            **ORDER**

NAQUWAN TYSON,
                Defendant.
-----------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, October 6, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0583

Dated: September 29, 2021
       New York, NY

                                                _____
                                                      RICHARD M. BERMAN
                                                           U.S.D.J.