USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/21

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                              FAX (212) 964-2926

September 30, 2021

Hon. Richard M. Berman
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: **United States v. Naquwan Tyson**
14 Cr. 583 (RMB)

Your Honor:

    I write to request that the Court adjourn the conference in this matter to a date after October 21, 2021. Mr. Tyson has an appearance on his state court matter on October 21, 2021 and the parties will have more information with which to update the Court after that date.
    The government, by Jane Kim, Esq., and Probation Officer Erin Weinrauch consent to this request.

Respectfully,

Lisa Scolari

Lisa Scolari

Hearing is adjourned to November 8, 2021 at 9:30 am.
So Ordered:

*[signature]*

Hon. Richard M. Berman
9/30/21