UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

NAQUWAN TYSON,
                Defendant.
------------------------------------------------------------X

14 CR. 583 (RMB)

**<u>ORDER</u>**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, November 8, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0583

Dated: November 4, 2021
       New York, NY

                                              _____
                                                RICHARD M. BERMAN
                                                      U.S.D.J.