**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

                                                                14 CR. 583 (RMB)

          -against-

                                                                **ORDER**

NAQUWAN TYSON,
                              Defendant.
---------------------------------------------------------------X


          In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled

for Wednesday, January 26, 2022 at 10:30 AM is being held telephonically pursuant to the

CARES Act and applicable implementing court procedures.

          Participants, members of the public and the press can use the following dial-in

information:

          USA Toll-Free Number: (877) 336-1829
          Access Code: 6265989
          Security Code: 0583


Dated: January 19, 2022
          New York, NY


                                                    _____
                                                        RICHARD M. BERMAN
                                                              U.S.D.J.