**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899             FAX (212) 964-2926

January 25, 2022

Hon. Richard M. Berman
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: **United States v. Naquwan Tyson**
14 Cr. 583 (RMB)

Your Honor:

     I write to request that the Court adjourn the conference in this matter to February 7, 2022 at 12:00 which I understand is a convenient time for the Court and all parties.
     The government, by Jane Kim, Esq., and Probation Officer Erin Weinrauch consent to this request.

                                 Respectfully,

                                 *Lisa Scolari*
                                 Lisa Scolari

So Ordered:

_____

Hon. Richard M. Berman
      1/26/22