UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    14 CR. 583 (RMB)
   -against-

                                                    **ORDER**

NAQUWAN TYSON,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Wednesday, January 26, 2022 at 10:30 AM is hereby adjourned to Monday, February 7, 2022 at 12:00 PM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0583

Dated: February 2, 2022
       New York, NY

                                                    RICHARD M. BERMAN
                                                       U.S.D.J.