UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

 -against-

NAQUWAN TYSON,
    Defendant.
------------------------------------------------------------X

14 CR. 583 (RMB)

**<u>ORDER</u>**

  In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, June 15, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0583

Dated: June 8, 2022
   New York, NY

                _____
                 RICHARD M. BERMAN
                    U.S.D.J.