UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                14 CR. 583 (RMB)

   -against-

                **ORDER**

NAQUWAN TYSON,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, July 21, 2022 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0583

Dated: July 14, 2022
       New York, NY

                            _____
                              RICHARD M. BERMAN
                                  U.S.D.J.