**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                            14 CR. 583 (RMB)

  -against-

                                                                           **<u>ORDER</u>**

NAQUWAN TYSON,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, October 3, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       Dial in Number: (646) 453-4442
       Conference ID: 741 463 925#

Dated: September 28, 2022
       New York, NY

                                                                RICHARD M. BERMAN
                                                                     U.S.D.J.