UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

NAQUWAN TYSON,
                Defendant.
------------------------------------------------------------X

14 CR. 583 (RMB)

**<u>ORDER</u>**

      The supervised release hearing previously scheduled for Thursday, November 17, 2022 at 10:00 AM is hereby rescheduled to Monday, November 7, 2022 at 11:30 AM.

      In light of the continuing COVID-19 pandemic, the is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      Dial in Number: (646) 453-4442
      Conference ID: 741 463 925#

Dated: November 2, 2022
       New York, NY

                                          _____
                                            RICHARD M. BERMAN
                                                 U.S.D.J.