UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    14 CR. 583 (RMB)
    -against-

                                                   **ORDER**

NAQUWAN TYSON,
                Defendant.
------------------------------------------------------------X

       The supervised release hearing previously scheduled for Wednesday, December 21, 2022 at 10:00 AM is hereby rescheduled to Thursday, December 22, 2022 at 11:00 AM.

       In the absence of defense objection – the proceeding is being held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 695 736 416#

Dated: December 12, 2022
       New York, NY

                                                    _____
                                                      RICHARD M. BERMAN
                                                            U.S.D.J.