UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                14 CR. 583 (RMB)

  -against-

                **AMENDED ORDER**

NAQUWAN TYSON,
                Defendant.
------------------------------------------------------------X

    The supervised release hearing scheduled for Thursday, December 22, 2022 at 11:00 AM is hereby rescheduled to 9:00 AM on the same date.

    In the absence of defense objection – the proceeding is being held by video.

    Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 695 736 416#

Dated: December 15, 2022
       New York, NY

                                *Richard M. Berman*
                                RICHARD M. BERMAN
                                U.S.D.J.