UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                   Government, :      14 CR. 583 (RMB)
:
      - against - :      **ORDER**
:
NAQUWAN TYSON, :
                   Defendant. :
-------------------------------------------------------------x

The initial conference is scheduled for Thursday, February 16, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 685 524 256#

Dated: February 8, 2023
       New York, NY

                                                         */s/ Richard M. Berman*
                                                        **RICHARD M. BERMAN**
                                                            **U.S.D.J.**