UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                        Government,    :     14 CR. 583 (RMB)
                                            :
          - against -                     :     **AMENDED ORDER**
                                            :
NAQUWAN TYSON,                              :
                        Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday March 28, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 491 588 624#

Dated: March 22, 2023
       New York, NY

                                                     *Richard M. Berman*
                                             **RICHARD M. BERMAN**
                                                    **U.S.D.J.**