UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                  Government,      :       14 CR. 583 (RMB)
                                           :
        - against -                       :       **ORDER**
                                           :
NAQUWAN TYSON,                             :
                  Defendant.       :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 4, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 458 761 593#

Dated: April 26, 2023
       New York, NY

                                              **RICHARD M. BERMAN**
                                                   **U.S.D.J.**