UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,        :        14 CR. 583 (RMB)
                                           :
     - against -                         :        **ORDER**
                                           :
NAQUWAN TYSON,                             :
                Defendant.         :
---------------------------------------------------------------x

      The supervised release hearing previously scheduled for Thursday, May 4, 2023 at 10:00 A.M. is hereby rescheduled to Wednesday, May 17, 2023 at 11:00 A.M.

      In the absence of defense objection – the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 458 761 593#

Dated: May 3, 2023
      New York, NY

                                                               */s/ Richard M. Berman*
                                                        **RICHARD M. BERMAN**
                                                              **U.S.D.J.**