UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,              :          14 CR. 583 (RMB)
                                           :
      - against -                         :          **ORDER**
                                           :
NAQUWAN TYSON,                             :
                    Defendant.               :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 29, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 171 507 886#

Dated: June 21, 2023
       New York, NY

                                                    **RICHARD M. BERMAN**
                                                              U.S.D.J.